UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Eduar Josed Bueso Aguilar</u>**

    v.   Case No. 25-cv-00517-PB-AJ

**<u>FCI Berlin, Warden, et al.</u>**

### ORDER

Eduar Josed Bueso Aguilar filed a petition for a writ of habeas corpus on December 10, 2025, contesting his detention and requesting, <u>inter alia</u>, a bond hearing. See Doc 1. I held a status conference with both parties on December 17. On December 22, Bueso Aguilar filed a status report requesting the Court adopt the findings of the district court in <u>Guerrero Orellana v. Moniz</u> and afford him a bond hearing. <u>See</u> Doc. 5 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025)). The allegations in both the initial petition and recent status report suggest that the petitioner may be a member of the class certified in <u>Guerrero Orellana v. Moniz</u> and therefore be entitled to the declaratory and injunctive relief prescribed by that court. <u>See</u> 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025).

The government is hereby directed to show cause on or before January 2, 2026, as to why I should not issue an order granting this petition to the extent of ordering the government to afford the petitioner with a bond

hearing under 8 U.S.C. § 1226(a) within fourteen days of my order's issuance and, if the government fails to comply, why I should not grant the writ and set appropriate terms and conditions of the petitioner's release during the pendency of his removal proceedings.

    SO ORDERED.

                                                    /s/ Paul Barbadoro
                                                    Paul J. Barbadoro
                                                    United States District Judge

December 22, 2025

cc: Counsel of Record