UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Eduar Josed Bueso Aguilar</u>**

    v.                                                                     Case No. 25-cv-517-PB-AJ

**<u>FCI Berlin, Warden, et al.</u>**

## <u>ORDER</u>

On January 5, 2026, I ordered the government to afford Eduar Josed Bueso Aguilar a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. Doc. 10. The parties are hereby ordered to file a status report within fourteen days that advises whether Bueso Aguilar received a bond hearing as ordered, and if so, its disposition. If he did receive a bond hearing, he is to contemporaneously show cause why I should not dismiss his petition. If he did not, the government is to identify his status in the report.

SO ORDERED.

                                                                         /s/ Paul Barbadoro
                                                                         Paul J. Barbadoro
                                                                         United States District Judge

February 18, 2026

cc: Counsel of Record